REBECCA E. HOCHSTER, Appellant, *v.* CITY BANK FARMERS TRUST COMPANY et al., Respondents.

Argued April 16, 1942; decided April 30, 1942.

*Gilbert J. Fortgang* and *Milton Solomon* for appellant.

*John S. Chapman, Jr.,* and *Harter F. Wright* for Albert J. Seligsberg et al., as executors, et al., respondents.

*James F. Donnelly* for Jeannette Hahlo, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.